NABBEFELD, Appellant, vs. NABBEFELD, Respondent.

For the appellant: *Benton, Bosser, Becker & Parnell* of Appleton.

For the respondent: *Heber H. Pelkey* of Appleton.

*By the Court.*—Judgment affirmed.